# United States Court of Appeals
## For the First Circuit

No. 17-1952

UNITED STATES OF AMERICA,

Appellee,

v.

DENZEL CHISHOLM, a/k/a Den, a/k/a Din,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued October 8, 2019, is amended as follows:

On page 33, line 3, change "manger" to "manager"